**Kenneth WAYNE, Plaintiff—Appellant,**

**v.**

**Ricardo S. MARTINEZ, Defendant—Appellee.**

No. 02–35707.

D.C. No. CV–02–00642–JCC.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2002.*

Decided Jan. 21, 2003.

Before BEEZER, KLEINFELD, and PAEZ, Circuit Judges.

MEMORANDUM**

The district court and this court lack jurisdiction to entertain this action because it is not being prosecuted in the name of the real party in interest. *Fed.R.Civ.P.* 17(a) ("[e]very action shall be prosecuted in the name of the real party in interest"); *C.E. Pope Equity Trust v. United States,* 818 F.2d 696 (9th Cir.1987). The complaint does not name David Struckman as a plaintiff, even though he is identified throughout the pleadings as the real party in interest. Nor did Struckman sign the complaint or the notice of appeal. Kenneth Wayne, who appears pro se as the sole named plaintiff, cannot bring this action on Struckman's behalf. *Id.* at 697 ("[a]lthough a non-attorney may appear *in propria persona* in his own behalf, that privilege is personal to him"). Wayne's assertion that Rule 17(a) provides otherwise is without merit. *Id.* at 698. Because we lack jurisdiction, this appeal is

**DISMISSED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.